## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**JENNIE JOHNSON,**
    **Plaintiff,**

    v.                                         Case No. 08-C-0819

**RON LAFEUER, Aldrich Chemical Corp.,**
    **Defendant.**

### DECISION AND ORDER

On October 9, 2008, I dismissed plaintiff's complaint without prejudice because it did not contain enough information for me to determine whether I have subject matter jurisdiction. I informed plaintiff that she could re-file a complaint that included sufficient jurisdictional allegations within thirty days, and that if she failed to do so, I would dismiss this action for lack of subject matter jurisdiction. Thirty days have expired without plaintiff filing a new complaint. Therefore, this case will be dismissed for lack of subject matter jurisdiction.

**IT IS ORDERED** that this action is **DISMISSED** for lack of subject matter jurisdiction. The clerk of court shall enter final judgment.

Dated at Milwaukee, Wisconsin this 12 day of November, 2008.

                                          /s_____
                                          LYNN ADELMAN
                                          District Judge